# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:24-CR-73-MOC-WCM |
| v. | **BILL OF INDICTMENT** |
| JOHNATHON LEE ROBERTS | Violations:<br>18 U.S.C. § 13; N.C.G.S. § 20-141.5(b) |

## THE GRAND JURY CHARGES:

On or about April 12, 2023, in the Western District of North Carolina and within Great Smoky Mountains National Park, a place within the special maritime and territorial jurisdiction of the United States, the defendant

### JOHNATHON LEE ROBERTS

did unlawfully operate a motor vehicle on a street, highway, and public vehicular area while fleeing and attempting to elude a law enforcement officer who was in the lawful performance of his duties, and while fleeing and attempting to elude, drove in excess of 15 miles per hour over the legal speed limit, drove recklessly as proscribed by N.C.G.S. § 20-140, and drove negligently leading to an accident causing personal injury.

All in violation of North Carolina General Statute Section 20-141.5(b), and Title 18, United States Code, Section 13.

A TRUE BILL:

Grand Jury Foreperson

DENA J. KING
UNITED STATES ATTORNEY

Alex M. Scott
Assistant United States Attorney